No. 65, Misc.   IN RE EDMONDSON;

No. 69, Misc.   JOHNSON v. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. ET AL.; and

No. 71, Misc.   DURKIN v. CLARK, ATTORNEY GENERAL. January 2, 1946.   The applications are denied.

No. 66, Misc.   HAYES v. RAGEN, WARDEN.   January 2, 1946.   The motion for leave to file petition for writ of certiorari is denied.

No. 67, Misc.   McMILLAN v. MUNICIPAL COURT FOR THE D. C. ET AL.   January 2, 1946.   The motion for leave to file a petition for writ of prohibition is denied.

No. 68, Misc.   GRIMM v. NIERSTHEIMER, WARDEN; and

No. 70, Misc.   KELLY v. JOHNSTON, WARDEN.   January 2, 1946.   The motions for leave to file petitions for writs of habeas corpus are denied.

No. 73, Misc.   SMITH v. NIERSTHEIMER, WARDEN. January 7, 1946.   The motion for leave to file a petition for a writ of habeas corpus is denied.

No. 52, Misc.   WRIGHT v. ROCHE, U. S. DISTRICT JUDGE. January 7, 1946.   The motion for leave to file a petition for writ of mandamus is denied.

No. 72, Misc.   IN RE STORCH.   January 14, 1946.   The motion for leave to file petition for a writ of habeas corpus is denied.